IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

KATHERINE STARR, KSTARR      §
ENTERPRISES LLC,      §
     §
         Plaintiffs,      §
     §
v.      §      1:25-CV-1216-RP
     §
GOOGLE LLC,      §
     §
         Defendant.      §

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell concerning Defendant Google LLC's Motion to Dismiss, (Dkt. 10). (R. & R., Dkt. 46). Plaintiffs Katherine Starr and KSTARR Enterprises LLC ("Plaintiffs") timely filed objections to the report and recommendation. (Objs., Dkt. 47).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiffs timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiffs' objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 46), is **ADOPTED**.

1

**IT IS ORDERED** that Defendant Google LLC's Motion to Dismiss, (Dkt. 10), is

**GRANTED**. Plaintiffs' claims are **DISMISSED** with prejudice.

**SIGNED** on July 7, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE